**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST ANDRE LOGAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                    Defendants. | 1:22-cv-00918-GSA-PC<br><br>**ORDER STRIKING COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS FOR LACK OF PLAINTIFF'S SIGNATURE**<br>**(ECF Nos. 1, 2.)**<br><br>**ORDER FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS BEARING HIS SIGNATURE, AND TO DO SO WITHIN THIRTY DAYS**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A COMPLAINT FORM AND AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

      Ernest Andre Logan ("Plaintiff") is a civil detainee at Atascadero State Hospital proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On July 26, 2022, Plaintiff filed the Complaint commencing this action and an application to proceed *in forma pauperis*. (ECF Nos. 1, 2.) Neither the Complaint nor the application to proceed *in forma pauperis* are signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

In addition, Plaintiff's application to proceed *in forma pauperis* is not completed. Therefore, Plaintiff's Complaint and application to proceed *in forma pauperis* shall be stricken from the record, with leave to file a First Amended Complaint and a completed application to proceed *in forma pauperis* bearing Plaintiff's signature within thirty days.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint and application to proceed *in forma pauperis*, filed on July 26, 2022, are STRICKEN from the record for lack of signature;

2. The Clerk's Office shall send Plaintiff a § 1983 form complaint and an application to proceed *in forma pauperis*;

3. Within thirty days from the date of service of this order, Plaintiff is required to file a First Amended Complaint and a completed application to proceed *in forma pauperis* bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this case.

IT IS SO ORDERED.

Dated:   **July 27, 2022**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE