UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST ANDRE LOGAN,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>   Defendants. | No.  1:22-cv-00918-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 7) |

Plaintiff Andrew Logan, a civil detainee at Atascadero State Hospital, is proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed his complaint and application to proceed in forma pauperis on July 26, 2022. (ECF Nos. 1, 2.)  On July 28, 2022, the Magistrate Judge issued an order striking the filings because Plaintiff had failed to sign them and giving Plaintiff thirty days to re-file.  (ECF No. 4.)  Plaintiff did not respond to that order.  On September 16, 2022, the Magistrate Judge entered findings and recommendations suggesting that this action be dismissed for Plaintiff's failure to comply with that court order.  (ECF No. 7.)  Plaintiff had fourteen days to file objections to the findings and recommendations.  That two-week period of time has passed, and

Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 16, 2022 are adopted, in full;
2. This action is dismissed, without prejudice, for Plaintiff's failure to comply with the court's order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 2, 2022

UNITED STATES DISTRICT JUDGE

---

[1] On September 30, 2022, the United States Postmaster returned the findings and recommendations to the Court as undeliverable. The returned mail included the notation, "Undeliverable, Not at Facility." Plaintiff has not filed a notice of change of address. Pursuant to Local Rule 182(f), "[a]bsent such notice, service of documents at the prior address of the . . . pro se party shall be fully effective."